# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

---

TERRY HAGER,

                Plaintiff,

    v.

S. YOUNG,

                Defendant.

---

1:19-cv-12835-NLH-JS

**MEMORANDUM OPINION & ORDER**

**APPEARANCE**:

Terry Hager, No. 06399-045
FCI Butner
PO Box 1000
Butner, NC 27509
    Plaintiff <u>Pro se</u>

**HILLMAN**, District Judge

WHEREAS, Plaintiff Terry Hager has filed a civil complaint alleging ongoing harassment during his incarceration at FCI Fairton, New Jersey, <u>see</u> ECF No. 1; and

WHEREAS, Plaintiff has filed a Motion to Amend the Complaint, Motion for an Extension of Time to File the Amended Complaint, and a proposed Amended Complaint, <u>see</u> ECF Nos. 5, 11, and 13; and

WHEREAS, Federal Rule of Civil Procedure 15(a)(1) permits a party to amend his or her pleading once as matter of course in certain circumstances; and

WHEREAS, no responsive pleading has yet been filed as

defendants has not yet been served. The Court must complete its screening under 28 U.S.C. § 1915 before the Amended Complaint may be served.

THEREFORE,

IT IS on this ___30th___ day of August, 2019

ORDERED that Plaintiff's Motion to Amend the Complaint and Motion for an Extension of Time to File the Amended Complaint (ECF Nos. 5 and 11) ARE GRANTED; and it is further

ORDERED that the Clerk shall file the Amended Complaint (ECF No. 13); and it is further

ORDERED that summonses **shall not issue** as the Court must screen the Amended Complaint; and it is further

ORDERED that the date to complete service under Federal Rule of Civil Procedure 4 is extended **90 days** after the Court permits the Amended Complaint to proceed; and it is finally

ORDERED that the Clerk of the Court shall serve a copy of this Order on Plaintiff by regular first-class mail.

                                    ___s/ Noel L. Hillman___
At Camden, New Jersey               NOEL L. HILLMAN, U.S.D.J.